# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

U.S.A.                                               Cr. 08-779 (01&02)-(PGS)
    Government,

V.                                                   O R D E R

Anotine Dobson and Larry
Larry Longfordavis
    Defendants


It is on this 29th day of October 2008,

Ordered modification of bail conditions.  Defendants are permitted to communicate with each others.


_____
Peter G. Sheridan, U.S.D.J.