# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan, U.S.D.J. |
| v. | : | Crim. No. 08-779 (PGS) |
| ANTOINE DOBSON and<br>LARRY LANGFORDDAVIS | : | <u>CONSENT ORDER FOR<br>CONTINUANCE</u> |

This matter having come before the Court at the request of defendant Antoine Dobson (by Chester Keller, Assistant Federal Public Defender, appearing) for an order granting a continuance of the proceedings in the above-captioned matter; defendant Larry Langforddavis (by Marc Leibman, Esq., appearing) having agreed to the requested continuance; and Christopher J. Christie, United States Attorney for the District of New Jersey (by Thomas R. Calcagni and Zahid Quaraishi, Assistant U.S. Attorneys, appearing) having no objection to the requested continuance; the defendants being aware of their right to have the matter brought to trial within 70 days of the date of their appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1); and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Defendant Antoine Dobson, through counsel, has indicated his desire for a continuance of the January 5, 2009 trial date until February 23, 2009, to permit more time to review discovery and prepare;

(2) Defendant Larry Langforddavis, through counsel, has agreed to the continuance

(3) The United States has no objection to the continuance and the new trial date;

(4) The grant of a continuance will likely conserve judicial resources; and

(5) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

WHEREFORE, IT IS on this _____ day of _____, 2008,

ORDERED that this action be, and it hereby is, continued until February 23, 2009, and the period between and including November 20, 2008, and February 23, 2009, shall be excluded in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8); it is further

ORDERED that pre-trial motions shall be filed by January 19, 2009; responses shall be filed by February 2, 2009; and the motion hearing shall be conducted on February 17, 2009 at 9:30 AM.

HON. PETER G. SHERIDAN
United States District Judge

Consented and Agreed to by:

_____
Chester Keller, AFPD
Counsel for Defendant Antoine Dobson


_____
Marc Leibman, Esq.
Counsel for Defendant Larry Langforddavis


_____
Thomas R. Calcagni, AUSA
Counsel for United States

and the new trial date of February 23, 2009;

(3) The United States has no objection to the continuance and the new trial date;

(4) The grant of a continuance will likely conserve judicial resources; and

(5) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

WHEREFORE, IT IS on this 21 day of November, 2008,

ORDERED that this action be, and it hereby is, continued until February 23, 2009, and the period between and including November 20, 2008, and February 23, 2009, shall be excluded in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8); it is further

ORDERED that pre-trial motions shall be filed by January 19, 2009; responses shall be filed by February 2, 2009; and the motion hearing shall be conducted on February 17, 2009 at 9:30 AM.

HON. PETER G. SHERIDAN
United States District Judge

Consented and Agreed to by:

Chester Keller, AFPD
Counsel for Defendant Antoine Dobson

Marc Leibman, Esq.
Counsel for Defendant Larry Langforddavis

Thomas R. Calcagni, AUSA
Counsel for United States

-2-