# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 08-779 (PGS) |
| v. |  |
| ANTOINE DOBSON and LARRY LANGFORDDAVIS, | **ORDER** |
| Defendants |  |

This matter having come before the Court on omnibus motions by Defendants, Antoine Dobson and Larry Langforddavis, and on cross-motion by the Government for reciprocal discovery pursuant to Fed. R. Crim. P. 16; and the Court having reviewed the submissions by the parties, and having heard oral argument; and defendant Dobson having withdrawn his motion to suppress the search of his home and statements made by him after the arrest of Langforddavis; for the reasons set forth on the record, and for good cause shown,

IT IS, on this 29 day of May, 2009,

ORDERED that Defendants' motions to be provided with the grand jury transcripts in this matter are denied; and it is further

ORDERED that Defendants' motions to be provided with the names of cooperating witnesses, including the confidential informant, are denied; and it is further

ORDERED that Defendants' motions for joinder of the trials are denied; and it is further

ORDERED that Defendant Dobson's motions to suppress are denied as moot based upon counsel's withdrawal at oral argument; and it is further

ORDERED that Defendant Langforddavis's motion to suppress is denied; and it is further

ORDERED that Defendant Langforddavis's motion to bifurcate the trial so as to sever Langforddavis's criminal history from the other elements of the offense is denied; and it is

further

ORDERED that Defendant Dobson's motion to preclude presentation of evidence of Langforddavis's September 1, 2007 arrest by the Fanwood Police Department at Dobson's trial is denied; and it is further

ORDERED that the motion as to the potential relevancy of presentation of evidence as to the Triple F club or FFF at trial is denied; and it is further

ORDERED that the Court reserves decision as to the requested *Mason* instruction; and it is further

ORDERED that the Court reserves decision as to Defendants' motions to strike surplussage from the Dobson indictment pursuant to Fed. R. Crim. P. 7(d); and it is further

ORDERED that the Government's motion for reciprocal discovery is granted;

ORDERED that Defendant Langforddavis's motion to be provided by the Government with copies of the signed police reports is granted; and it is further

ORDERED that the Government is to preserve all rough notes of investigators pursuant to the Jencks Act for potential *in camera* inspection at trial; and it is further

ORDERED that Defendants' motions to be provided with "other crimes" evidence to be presented by the Government pursuant to Fed. R. Evid. 404(b) is granted. The Government shall provide such information 10 days in advance of trial, or by motion thereafter; and it is further

ORDERED that the remained of the Defendants motions are denied as moot pursuant to the pretrial order dated March 26, 2009.

May 29, 2009

_____
PETER G. SHERIDAN, U.S.D.J.