# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff : | Criminal Action No. 08-779 (PGS) |
| v. : | |
| : | **ORDER** |
| LARRY LANGFORDDAVIS, : | |
| Defendant. : | |

This matter having come before the Court on a motion by Defendant, Larry Langforddavis, to request a jury instruction on "innocent possession", to compel Antoine Dobson's testimony at trial, and for reconsideration of a prior ruling denying Defendant's suppression motion, and the Court having reviewed the submissions by the parties, and having heard oral argument, for the reasons set forth on the record, and for good cause shown,

IT IS, on this 5th day of November, 2009,

ORDERED that Defendant's request for an "innocent possession" jury instruction is denied; it is further

ORDERED that Defendant may issue a subpoena compelling Antoine Dobson's testimony at trial. Dobson's testimony is essential to understanding the circumstances resulting in Defendant's arrest,[1] and it is further

ORDERED that Defendant's motion to suppress is denied.

IT IS SO ORDERED.

November 5, 2009

_____
PETER G. SHERIDAN, U.S.D.J.

---

[1] The scope and terms of Mr. Dobson's testimony will be determined if any party or Mr. Dobson seeks to quash the subpoena.