# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　Plaintiff<br><br>v.<br><br>LARRY LANGFORDDAVIS,<br><br>　　　　　　　　　　Defendant. | Criminal Action No. 08-779 (PGS)<br><br>**ORDER** |

This matter came before the Court on a motion in limine (Docket No. 106) by Defendant, Larry Langforddavis, to bar the Government from introducing evidence for purposes of impeachment of the Defendant's prior convictions for certain reasons. The Government also filed a motion in limine (Docket No. 112) to be permitted to impeach Antoine Dobson with his prior July 2009 conviction, should he testify. The Court reviewed the submissions by the parties, heard oral argument, and for the reasons set forth on the record, and for good cause shown,

IT IS, on this 15th day of December, 2009,

ORDERED that Defendant's motion in limine was granted with regard to barring five convictions from 1994, but all convictions after 1994 may be utilized by the Government for impeachment of defendant, it was further

ORDERED that the Government may impeach Antoine Dobson with his prior July 2009 conviction.

December 15, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　PETER G. SHERIDAN, U.S.D.J.