# KAUFMAN, BERN, DEUTSCH & LEIBMAN, L.L.P.

ATTORNEYS AT LAW

PAUL C. KAUFMAN
DOUGLAS M. BERN (N.J. & N.Y. BAR)
DENNIS S. DEUTSCH (N.J., N.Y., PA. & FL. BAR)
MARC E. LEIBMAN (N.J. & N.Y. BAR)

HEATHER W. GOLDSTEIN (N.J. & N.Y. BAR)
STACEY R. PATTERSON (N.J. & N.Y. BAR)
JUSTIN D. SANTAGATA (N.J. & N.Y. BAR)
ALLYSON M. KASETTA (N.J. & N.Y. BAR)

OF COUNSEL
DAVID R. GELBERT

FORT LEE EXECUTIVE PARK
ONE EXECUTIVE DRIVE
SUITE L-15
FORT LEE, N.J. 07024

TELEPHONE: (201) 947-8855
FACSIMILE: (201) 947-2402

www.kbdesq.com

350 BROADWAY, 12th FLOOR
SUITE 1207
NEW YORK, N.Y. 10013
TELEPHONE: (212) 987-4000

REPLY TO: NEW JERSEY

May 19, 2010

Honorable Peter G. Sheridan
United States District Court
District of New Jersey
50 Walnut Street
Newark New Jersey 07102

Re: United State of America v. Larry Langforddavis
    Cr No.: 08-779-2 (PGS)

Your Honor:

I am appointed counsel to the defendant in the above captioned matter scheduled for sentencing before the Court on May 27, 2010. With the consent of my adversary, Zahid N. Quraishi, Esq. I respectfully request the sentencing hearing be adjourned until June 8, 2010.

I require and adjournment to adequately prepare for the sentencing hearing. I will not have time to prepare the necessary papers in part because I am currently engaged in a jury trial in Bergen County, New Jersey.

The defendant remains in custody earning credits toward any sentence the court will impose and is not prejudiced by this request. I have personally conferred with my client regarding this request and he has explicitly granted his approval.

Should the Court require anything further, please do not hesitate to contact me.

Respectfully submitted,

MARC E. LEIBMAN

cc: Larry Langforddavis
    Zahid N. Quarishi, AUSA

SO ORDERED: [signature]
DATED: 5/26/10