# KAUFMAN, BERN, DEUTSCH & LEIBMAN, L.L.P.

ATTORNEYS AT LAW

PAUL C. KAUFMAN
DOUGLAS M. BERN (N.J. & N.Y. BAR)
DENNIS S. DEUTSCH (N.J., N.Y., PA. & FL. BAR)
MARC E. LEIBMAN (N.J. & N.Y. BAR)

HEATHER W. GOLDSTEIN (N.J. & N.Y. BAR)
STACEY R. PATTERSON (N.J. & N.Y. BAR)
JUSTIN D. SANTAGATA (N.J. & N.Y. BAR)
ALLYSON M. KASETTA (N.J. & N.Y. BAR)

OF COUNSEL
DAVID R. GELBERT

FORT LEE EXECUTIVE PARK
ONE EXECUTIVE DRIVE
SUITE L-15
FORT LEE, N.J. 07024

TELEPHONE: (201) 947-8855
FACSIMILE: (201) 947-2402

www.kbdesq.com

350 BROADWAY, 12th FLOOR
SUITE 1207
NEW YORK, N.Y. 10013
TELEPHONE: (212) 987-4000

REPLY TO: NEW JERSEY

June 3, 2010

Honorable Peter G. Sheridan
United States District Court
District of New Jersey
50 Walnut Street
Newark New Jersey 07102

*[Handwritten: So Ordered sentencing at 3:00pm on July 21, 2010. Peter G Sheridan]*

Re: United State of America v. Larry Langforddavis
    Cr No.: 08-779-2 (PGS)

Your Honor:

I am appointed counsel to the defendant in the above captioned matter scheduled for sentencing before the Court on May 27, 2010. With the consent of my adversary, Zahid N. Quraishi, Esq. I respectfully request the sentencing hearing be adjourned until July 21, 2010.

I require and adjournment to adequately prepare for the sentencing hearing. My client has requested copies of the transcripts of the trial which I need to reproduce and deliver copies to him. He has also asked me to file various post trial/sentencing motions. I will not have time to prepare the necessary papers in part because I have been occupied with a trial which recently concluded and because my office is short staffed due to a lawyer out on maternity leave who advised us at the last moment that she is not returning.

The defendant remains in custody earning credits toward any sentence the court may impose and is not prejudiced by this request. I have personally conferred with my client regarding this request and he has explicitly granted his approval.

Should the Court require anything further, please do not hesitate to contact me.

Respectfully submitted,

MARC E. LEIBMAN

cc: Larry Langforddavis
    Zahid N. Quarishi, AUSA via e-mail